IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2545 ) ) Master Docket Case No. 1:14-cv-01748 ) ) Honorable Matthew F. Kennelly ) |
| This Document Relates To: *Myers v. AbbVie Inc.*, Case No. 1:15-cv-01085 | ) ) ) |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(A)

Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") respectfully request that the Court grant judgment as a matter of law in their favor under Federal Rule of Civil Procedure 50(a) on each of Plaintiff's claims. As explained in the accompanying Memorandum in Support, judgment as a matter of law is warranted for the following reasons. *First*, each of Plaintiff's claims fail because he has not presented substantial evidence that AbbVie's conduct proximately caused his pulmonary embolism. *Second*, no reasonable jury could find that Plaintiff has established a failure to warn under either a strict liability or negligence theory. *Third*, Plaintiff did not present clear and convincing evidence of fraud. *Fourth*, no reasonable jury could find that Plaintiff has proven negligent misrepresentation by a preponderance of the evidence. *Finally*, Plaintiff has provided no evidence to support a claim for punitive damages. Accordingly, the Court should enter judgment as a matter of law against Plaintiff on all counts.

Date: May 11, 2018						Respectfully submitted,

							By: /s/ Michael J. Kleffner

							Robert T. Adams
							Michael J. Kleffner
							SHOOK, HARDY & BACON L.L.P.
							2555 Grand Boulevard
							Kansas City, Missouri 64108-2613
							Telephone:  (816) 474-6550
							Facsimile:   (816) 421-5547
							rtadams@shb.com
							mkleffner@shb.com

							Lynn H. Murray
							SHOOK HARDY & BACON LLP
							111 S. Wacker Drive, Suite 5100
							Chicago, IL 60606
							Telephone:  (312) 704-7700
							Facsimile:   (312) 558-1195
							lhmurray@shb.com

							*Counsel for Defendants AbbVie Inc.*
							*and Abbott Laboratories*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

/s/ Michael J. Kleffner